IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 2:14-cv-697 |
| FOURSQUARE LABS, INC., | § § | **LEAD CASE** |
| *Defendant.* | § § § | |

| | | |
|---|---|---|
| LBS INNOVATIONS, LLC, | § § | |
| *Plaintiff,* | § § § | Civil Action No. 2:14-cv-706 |
| v. | § § | CONSOLIDATED |
| BERROCO, INC., *et al.*, | § § § | |
| *Defendants.* | § | |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

The Stipulated Motion for Dismissal of all claims and counterclaims asserted between Plaintiff LBS Innovations, LLC and Defendant Pizzeria Uno Corporation, filed subject to the terms of the Agreement between the parties, is **GRANTED**.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted between Plaintiff LBS Innovations, LLC and Defendant Pizzeria Uno Corporation are hereby **DISMISSED WITH PREJUDICE.**

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

The Clerk is ORDERED to terminate Pizzeria Uno Corporation from the instant case but the lead case shall remain open.

**SIGNED this 13th day of March, 2015.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE